The People of the State of New York, Respondent,
against
Daniel Ordenana, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Shari Ruth Michels, J. at plea, Bahaati E. Pitt, J. at sentencing) rendered on August 10, 2017, convicting him, upon his plea of guilty, of operating a motor vehicle while under the influence of alcohol or drugs, and sentencing him to three years' probation.




Per Curiam.
Judgment of conviction (Shari Ruth Michels, J. at plea, Bahaati E. Pitt, J. at sentencing) rendered on August 10, 2017, affirmed.
Defendant made a valid waiver of his right to appeal (see People v Bryant, 28 NY3d 1094 [2016]), which forecloses his excessive sentence claim. The combination of the oral colloquy with defendant concerning the waiver and the thorough written waiver that defendant signed after consulting with his attorney met or exceeded the requirements for a valid waiver (see People v Bryant, 28 NY3d 1094). Contrary to the defendant's contention, the plea court did not improperly delegate the appeal waiver allocution to the prosecutor (see People v Fowler, 111 AD3d 958 [2013], lv denied 22 NY3d 1138 [2014]), since the proceeding was conducted in the court's presence and under its supervision (see People v Bethune, 91 AD3d 966 [2012], lv denied 19 NY3d 957 [2012]).
Regardless of whether defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 12, 2018